FILED

2008 OCT 20  PM 4:03

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV-08-80162 MISC VRW

                                      ORDER

Eoghan Gerard Gallagher,

　　　No 197840
_____/

　　　On August 27, 2008, the court issued an order to show cause (OSC) why Eoghan Gerard Gallagher should not be removed from the roll of attorneys authorized to practice law before this court based on his administrative enrollment, effective May 9, 2008, as an inactive member of the State Bar for noncompliance with MCLE requirements.

　　　The OSC was mailed to Mr Gallagher's address of record with the State Bar.  Mr Gallagher has filed no response.

　　　The court now orders Eoghan Gerard Gallagher removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

　　　IT IS SO ORDERED.

                                      VAUGHN R WALKER
                                      United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Eoghan Gerard Gallagher,

Case Number: CV08-80162 VRW

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eoghan G Gallagher
Tahitian Noni International
333 W River Park DR
Provo, UT  84604

Dated: October 20, 2008

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*